# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**VERNA BRAZIER,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:05-cv-1272-T-30TGW**

**ARROW FINANCIAL SERVICES, LLC,**
**and JAYASHREE DUMPETI,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Motion to Dismiss With Prejudice (Dkt. #4).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Motion is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1272.dismissal.wpd